*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00902-CV

Danny **HINOJOSA**,
Appellant

v.

Ronald **VIDAL** and Virginia Vidal,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-16267
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   April 8, 2009

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have fully compromised and settled all issues in dispute. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against the parties who incurred them.

PER CURIAM